3:13-MJ-2062-MBB

### Affidavit

I, Robert J. Alberti, being duly sworn, depose and state as follows:

### **Brief Summary**

1. This investigation involves: (a) the obtaining of oxycodone and oxycodone related pharmaceutical pills in the State of Florida, (b) the transportation of the pills to western Massachusetts, (c) the wholesale and retail distribution of the pills and (d) the transfer of money for the pills from Massachusetts to Florida.

### **Agent Qualifications**

2. I am an investigative or law enforcement officer of the Commonwealth of Massachusetts and the United States Government within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in the Massachusetts General Laws and 18 U.S.C. § 2516. I have been a Police Officer in the City of Easthampton, Massachusetts since May, 2000, and a Detective since June, 2004. Since October, 2007, I have been a deputized Federal Task Force Agent assigned to the Drug Enforcement Administration (DEA) Springfield Resident Office. I have completed the DEA narcotics school and the DEA Undercover School.

3. From 1998 to 2002, I was employed as a Police Officer for various Towns in Massachusetts. I was trained to be a police officer at the Massachusetts Criminal Justice Training Council. In addition, I have attended a variety of courses, lectures and seminars related to criminal investigation which were held at the Massachusetts Police Academy and/or sponsored by other agencies and institutions, including the New Jersey State Police homicide school. I hold a Bachelor's degree in Criminal Justice from Curry College in Milton, MA.

4.   Over the course of my employment as a Police Officer I have conducted and participated in hundreds of criminal investigations which have resulted in arrests for crimes involving homicide, controlled substance violations, firearms violations, manslaughter, home invasion, larceny, assault and battery with a dangerous weapon, breaking and entering, kidnapping and armed robbery. Many of these crimes resulted in subsequent convictions in State and Federal Courts.

5.   I also have written and executed or participated in the planning and execution of State and Federal search warrants which have led to the arrest and conviction of numerous individuals. These search warrants have resulted in my testimony in State and Federal Courts in Massachusetts.

6.   As a DEA Task Force Agent, I have participated in the investigation of complex drug conspiracies and all stages of illegal narcotics distribution. I have also participated in the planning of Title III affidavits and applications which have led to the interception of wire and electronic communications and the arrest and conviction of numerous individuals in Massachusetts State and Federal Courts. In addition, I have been the affiant on multiple State and Federal wiretap affidavits in support of applications for authorization to intercept wire and electronic communications.

7.   I have also conducted investigations concerning the identification of coconspirators through the use of telephone records, financial records, drug ledgers, and other documents. I have participated in debriefing individuals who were arrested and cooperated with the government regarding federal law violations. I have directed cooperating sources (CS) and witnesses to successfully infiltrate various narcotics organizations through intelligence gathering, consensual recordings, and buying controlled substances. I have purchased controlled substances as an undercover agent, executed search warrants for controlled substances, and conducted surveillance in narcotics investigations.

2

8.   I am familiar with the appearance and characteristics of controlled substances, the method in which they are used, packaged for sale and distributed. I am also familiar with the various paraphernalia used to manufacture, compound, process, deliver and dispense heroin, cocaine, marijuana and other controlled substances.

9.   I have participated in hundreds of investigations relating to the distribution and the sale of controlled substances such as cocaine, heroin, prescription medication and marijuana. I am familiar with the methods, routines and practices of narcotics traffickers.

10.  On the basis of my training and experience, I can attest that individuals involved in the illicit possession, distribution, manufacture, transportation, and trafficking of controlled substances, as well as the laundering of drug proceeds, often use telephones to discuss and facilitate their illegal activities.  In order to conceal their identities and avoid detection by law enforcement, narcotics traffickers often use friends, relatives, and acquaintances to distribute or store controlled substances or launder drug proceeds.  Narcotics traffickers often use the names of others or fictitious names to subscribe to telephone services, purchase property, and rent or register vehicles.

### Reasonable Inferences Based Upon Training and Experience

11.  Based upon my training and experience, I am aware that drug traffickers commonly use cellular telephones in furtherance of their drug trafficking activities and frequently change cellular telephone numbers and cellular telephones in an effort to thwart law enforcement's use of electronic surveillance.  I am familiar with the manner in which narcotics traffickers use telephones, coded, veiled, or slang-filled telephone conversations, electronic text messages and other means to facilitate their illegal activities.  I am familiar with the vernacular, i.e., the "street" language, used by drug traffickers, as well as the methods they use to disguise conversations and

3

operations. I am also familiar with the common appearance, packaging and texture of illegal controlled substances.

12. Because this investigation involves illegal conduct in Florida and Massachusetts, I am working with Special Agents of the DEA and Internal Revenue Service, Criminal Investigation ("IRS-CI"), United States Postal Inspectors and other federal and state and local law enforcement officers in Massachusetts and Florida.

13. I have participated personally in this investigation. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with DEA Special Agent Kelly Pennington in Orlando, Florida, and other agents of the DEA, Postal Inspection Service, IRS-CI and other law enforcement agencies; from my discussions with witnesses involved in the investigation; and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another DEA agent, law enforcement officer or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and search warrants, I have not included details of every aspect of the investigation. Facts not set forth herein are not being relied on in reaching my conclusion that the requested complaint and search warrants should be issued.

## Schedules of Controlled Substances

14. Throughout this affidavit several pharmaceutical drugs are mentioned by type or name brand. All of the drugs mentioned are controlled substances. DEA has determined that certain prescription

4

medications are "controlled" based on their potential for addiction and abuse. DEA assigns "schedule drugs" based upon their medical use and according their potential for abuse and addiction. Prescription drugs that are "controlled" are assigned to Schedule II, III, IV, or V. This affidavit mentions the following types of Schedule II and IV controlled substances:

a. Oxycodone (name brands: Roxicodone and Oxycontin) is a Schedule II opioid medication that has a high potential for abuse. It is used in the treatment of pain, chronic pain and belongs to the drug class narcotic analgesics. Abuse of the drug may lead to severe psychological or physical dependence. See Title 21, United States Code, Section 812; see also 21 C.F.R. §1308.12(b)(1).

b. Oxycodone/Acetaminophen (name brand: Percocet or Endocet) is a Schedule II opioid medication which is a narcotic. It contains a combination of acetaminophen and oxycodone. Acetaminophen is a less potent pain reliever that increases the effects of oxycodone. It is used to treat moderate to severe pain.

c. Alprazolam (name brand: Xanax) is a Schedule IV benzodiazepine medication. It works in the brain to decrease anxiety. It is used to treat anxiety disorders, panic disorders, and anxiety caused by depression.

**Purpose of Affidavit**

15. This affidavit is submitted in support of a criminal complaint and arrest warrants for three individuals charging them with violations of 21 U.S.C. § 846 (conspiracy to possess with intent to distribute and distribution of controlled substances). The affidavit is also submitted in support of applications for four search warrants to search for and seize evidence of conspiracy to possess with intent to distribute and distribution of controlled substances.

5

16.    The criminal complaint and arrest warrants are for:

    a.  Angel Luis MEDINA, a/k/a "Junito;"

    b.  Luz Eneida Morales, a/k/a "Mama;" and

    c.  Doel Vega.

17.    The search warrants are for:

    a.  The premises located at 179 Oak Street, APT 1-L, Holyoke, MA 01040;

    b.  The premises located at 185 Beech Street, Apartment 3-L, Holyoke, MA 01040;

    c.  The premises located at 205 Walnut Street, Holyoke, MA 01040; and

    d.  safe deposit box number 00814300278-3 at Bank of America, 40 Lincoln Street, Holyoke, MA 01040.

## The Investigation

18.    This case involves the long term investigation of a group of individuals who are: (a) obtaining controlled oxycodone related pharmaceutical drugs in Florida, (b) sending the pills via the postal service to the Holyoke, MA, area, and (c) sending money for the pills from Massachusetts to Florida through a series of accounts at national banks. I am working with Drug Enforcement Administration ("DEA") Special Agent Kelly Pennington in Orlando, Florida, and other federal, state and local agents in Florida and western Massachusetts. Special Agent Pennington has been a DEA agent since 1988 and is familiar with the distribution of controlled pharmaceutical drugs from Florida to other states. I have also obtained information through my own investigation and the investigation of United States Postal Inspector Richard Tracy, and Internal Revenue Service, Criminal Investigation, Special Agent Gregory Howe in Springfield, MA. Most of the information

6

provided in this affidavit was provided to me by Special Agent Pennington, Postal Inspector Tracy and Special Agent Howe.

19. According to Special Agent Pennington, Florida is a primary source of illegal pharmaceutical narcotics which are acquired from Florida pharmacies and illegally distributed throughout the United States, including the Holyoke, Massachusetts area. The State of Florida maintains a law enforcement database referred to as the Prescription Drug Monitoring Program (PDMP) which records all pharmacy sales of Controlled Substances in the State of Florida. The State of Florida pharmacy laws only allow pharmacies to fill a one month's supply of Schedule II controlled substances at a time. In Florida, most medical facilities and doctors will only write a Schedule II prescription for a single patient every 28 days. For this reason each patient is required to have a doctor's appointment every month and receive a new prescription for Schedule II narcotics.

## Case Summary

20. As early as the fall of 2010, and continuing through the present, Edwin Morales and his brother-in-law, Rafael Rivera, managed a Drug Trafficking Organization (DTO) utilizing individuals to fraudulently obtain prescriptions for various controlled substances. The individuals obtained controlled substances by posing as patients at various pain management clinics. These "clinic patients" would then give the controlled substance prescriptions to Edwin Morales or Rafael Rivera who filled them at pharmacies in the Middle District of Florida. After they obtained the drugs, Edwin Morales and Rafael Rivera mailed the drugs to their associates in Holyoke, Massachusetts. Their associates in Massachusetts distributed the drugs and deposited the proceeds at bank branches located in the Holyoke, Massachusetts area. Edwin Morales and Rafael Rivera would later withdraw the laundered funds from bank branches in the Palm Bay, Florida area.

7

21. Many of the persons who acted as clinic patients traveled from Puerto Rico or Massachusetts for the sole purpose of acquiring controlled substances prescriptions for Edwin Morales and Rafael Rivera. With the assistance of Rafael Rivera's wife and Edwin Morales' sister, defendant LUZ ENEIDA MORALES, Edwin Morales and Rafael Rivera made travel arrangements and paid the expenses for the phony clinic patients to travel to Florida. This investigation identified at least 40 members of this conspiracy.

22. While three defendants will be charged in the District of Massachusetts, through this criminal complaint, approximately thirty-five co-defendants have been identified and will be charged in the Middle District of Florida and various jurisdictions in the State of Florida.

### Investigative Background

23. In 2011, the Palm Bay Police Department (PBPD) received information that Edwin Morales and Rafael Rivera paid individuals to visit medical clinics to acquire controlled substances and had the drugs mailed to Massachusetts. Several months later, another individual told PBPD that Edwin Morales hired people to acquire controlled substance prescriptions and ship them to Holyoke, Massachusetts, concealed in magazines. PBPD officers conducted physical surveillance, obtained reports from other agencies, reviewed bank records and postal documents that corroborated the information.

24. On November 3, 2011, officers from the Kissimmee Police Department responded to a call from a local pharmacy. When police arrived, they found six individuals attempting to fill suspicious prescriptions for oxycodone. The prescriptions were issued by a clinic ("Clinic No. 1") in Fort Lauderdale, Florida, approximately three hours driving distance from Kissimmee. The pharmacist was suspicious of the prescriptions and refused to fill them.

8

25.  In July of 2012, PBPD officers contacted a United States Postal Service (USPS) Inspector in Massachusetts who had independently identified a number of suspicious USPS Express Mail parcels shipped from Palm Bay, Florida, to Holyoke, Massachusetts. The inspector obtained copies of the suspicious shipping labels going back to November of 2011.

26.  During the summer of 2012, physical surveillance by the PBPD revealed that Rafael Rivera and Edwin Morales had express mailed parcels to individuals in Holyoke, Massachusetts, including defendant ANGEL MEDINA, a.k.a. "JUNITO." Bank records and bank video recordings obtained by the PBPD showed that just after the parcels were mailed to Holyoke, Massachusetts, defendant ANGEL MEDINA, and others in Holyoke deposited cash into accounts controlled by Rafael Rivera and Edwin Morales. Bank records also showed that Rafael Rivera and Edwin Morales withdrew funds from bank branches in Palm Bay, Florida.

### Purchase of Percocet Arranged by Defendant ANGEL MEDINA, JR.

27.  On August 2, 2012, a confidential witness ("CW") in the District of Massachusetts purchased 20 Percocet tablets for $420 from a co-conspirator. The sale was arranged by defendant ANGEL LUIS MEDINA. The telephone calls between the CW and defendant ANGEL LUIS MEDINA arranging the undercover purchase were supervised by law enforcement and recorded.

### Federal Title III Wiretap Orders

28.  On August 24, 2012, U.S. District Judge Roy B. Dalton signed an order in Case Number 6:12-mc-98-Orl-37 authorizing the interception of both wire and electronic installation communications on T-Mobile cell phone 787-472-0589, (TT1) subscribed to and used by Rafael Rivera. On October 4, 2012, Judge Roy B. Dalton signed an order extending this wire intercept for another 30 days. On October 10, 2012, U.S. District Judge John Antoon in the Middle District of Florida signed an

9

order authorizing the wire interception of Metro PCS cell phone 321-216-5884 (TT2) used by Edwin Morales.

## **Continuing Investigation**

29. Intercepted phone calls and surveillance determined that Rafael Rivera frequently used "Pharmacy No. 1" in Kissimmee, Florida, to fill their prescriptions. It was evident from intercepted calls that Rafael Rivera was working in conjunction with a technician at Pharmacy No. 1 ("Pharmacy Technician No. 1") to illegally fill the co-conspirators' prescriptions, mostly in the names of the Clinic No. 1 patients.

30. PDMP records revealed that the vast majority of the prescriptions associated with the conspiracy were written by various doctors at Clinic No. 1, and filled at Pharmacy No. 1. Surveillance agents observed both Edwin Morales and Rafael Rivera driving numerous clinic patients to Clinic No. 1. Surveillance and airline flight records reveal that many of the clinic patients are from Puerto Rico and Holyoke, Massachusetts, and flew to Fort Lauderdale the morning of their clinic appointments and departed on return flights that same day. Intercepted phone calls, surveillance, and pharmacy records show that after the clinic patients obtained controlled substance prescriptions from Clinic No. 1, Rafael Rivera or Edwin Morales took the prescriptions to pharmacies in the Middle District of Florida and had them filled. Intercepted phone calls, surveillance, pharmacy records and USPS shipping records show that shortly after they filed the controlled substance prescriptions, Edwin Morales and Rafael Rivera often returned to their residences then went to USPS locations in the Middle District of Florida. They used USPS "Express Mail" to ship oxycodone to various addresses in the Holyoke, Massachusetts area.

10

31.    United States Postal Inspector Richard Tracy has done an analysis of Express Mail labels and

other evidence related to this investigation. He has determined that between July 8, 2011, and

February 13, 2013, approximately 70 Express Mail packages were sent from co-conspirators in the

Palm Bay, Florida, area to co-conspirators in Holyoke, Massachusetts. As detailed below, federal

search warrants were executed in the Middle District of Florida on two Express Mail parcels

which were sent by co-conspirators in Florida to co-conspirators in Holyoke, Massachusetts, on

October 16, 2012 and October 25, 2012, with each containing 500 or more oxycodone tablets. In

addition, two federal search warrants were executed in the District of Massachusetts on Express

Mail parcels from co-conspirators in Florida to co-conspirators in Massachusetts which were

seized in Massachusetts. One parcel was searched on November 21, 2012, and another was

searched on February 13, 2013. Both parcels were addressed to the same individual and were both

found to contain a large quantity of oxycodone tablets.

32.    A latent fingerprint analysis discovered two of the four parcels contained the fingerprints of Rafael

Rivera and one contained the fingerprints of Edwin Morales.

                                Express Mail Seizure #1

33.    On October 13, 2012, at 11:22 a.m. Morales, using TT2, received a call (call #113) from 321-557-

5612, which is subscribed to and used by defendant ANGEL MEDINA. Numerous intercepted

calls on both TT1 and TT2 have confirmed that MEDINA is the user of this cell phone and goes

by the nickname "JUNITO." During call #113, Morales told MEDINA, "There's another one

going on Tuesday." Special Agent Pennington believes that Morales told MEDINA that he would

be mailing a shipment of controlled substances to MEDINA on Tuesday October 16, 2012.

11

34.   On Tuesday, October 16, 2012, at approximately 11:24 a.m. a DEA agent conducting surveillance
      near Pharmacy No. 1 observed three males in a gold and white Ford F-150 pick-up truck park near
      the pharmacy. The three males exited the truck and walked toward the pharmacy and started
      loitering on the sidewalk near the pharmacy.

35.   At approximately 11:30 a.m., DEA and Palm Bay Police Department (PBPD) agents observed
      Rivera arriving in and parking a black Honda Accord directly in front of the above mentioned gold
      and white pick-up truck. Upon Rivera's arrival the three males walked toward him. One of the
      males entered the Honda and sat in the passenger seat with Rivera while the other two stood near
      the driver's door of the Honda. The male sitting in the passenger seat got out of the Honda and
      then all three males from the gold and white pick-up truck entered Pharmacy No. 1.
      Approximately two minutes later Rivera was observed exiting the Honda and entering Pharmacy
      No. 1. Special Agent Pennington believes that the three males were hired by Morales or Rivera to
      obtain prescriptions for controlled substances and give them to Rivera once they were obtained.

36.   Approximately twenty minutes later at 11:53 a.m., Rivera was observed leaving Pharmacy No. 1
      with nothing in his hands and returned to the Honda. Just afterwards, one of the males from the
      gold and white pick-up truck was observed leaving the pharmacy carrying a small white bag. This
      male approached the open passenger side window of the Honda and began talking to Rivera who
      was sitting in the driver's seat of the Honda. Approximately two minutes later at 11:55 a.m., the
      second male from the gold and white pick-up truck left the pharmacy also carrying a small white
      bag. This second male walked to the passenger side window of the Honda and appeared to be
      speaking to Rivera. At approximately 11:58 a.m., both males walked away from the Honda.
      Surveillance agents noticed that these individuals were no longer carrying the white bags they

12

were observed with when they left the pharmacy. At approximately 12:00 p.m. the third male from the gold and white pick-up truck was observed leaving Pharmacy No. 1 carrying a larger white bag. This male also approached the passenger side window of the Honda and appeared to be speaking to Rivera who was still sitting in the driver's seat of the Honda. After approximately three minutes, the third male walked away from the passenger window no longer carrying the larger white bag. Special Agent Pennington believes that these males filled prescriptions for controlled substances and provided them to Rivera in the parking lot of the pharmacy.

37.     After meeting with Rivera, the three males departed in the gold and white pick-up truck. One or two minutes later, Rivera departed in the black Honda and started driving back toward Palm Bay, Florida. At 1:05 p.m., Rivera made a call (call #6125) to his wife (defendant LUZ ENEIDA MORALES, who at the time was visiting friends in Holyoke, Massachusetts.) During this call Rivera told her "I'm going to send you those there. Junito can give them to you." Special Agent Pennington believes that during this conversation Rivera was telling LUZ ENEIDA MORALES that he was planning on shipping a quantity of drugs to MEDINA and that she could obtain some of the drugs from MEDINA.

38.     DEA and PBPD officers followed Rivera back to Palm Bay. In route to Palm Bay, Rivera stopped at a furniture store and then drove to his residence at 194 Richardson Street, Palm Bay, Florida. He then drove to Morales' residence at 1194 Price Avenue, Palm Bay, Florida. After departing Morales' residence Rivera was followed to a 7-11 store, a Metro PCS store and then back to his residence at 194 Richardson Street, Palm Bay, Florida. At no time did agents observe anyone remove the white bags from the vehicle. Special Agent Pennington believes that while at his residence Rivera packaged the controlled substances for shipment to Massachusetts.

13

39.  At 2:34 p.m. Rivera using TT1 placed a call (call #6136) to Angel MEDINA using 321-557-5612.
     During this call Rivera asked MEDINA "To the same address? Doel's?" MEDINA said "Yes, the
     same." At 2:39 p.m. Rivera was observed by DEA and PBPD officers departing his residence. He
     was followed directly to the U.S. Post Office located at 1155 Malabar Road Suite 19, Palm Bay,
     Florida where he arrived at approximately 2:48 p.m. Rivera was observed entering the Post Office
     carrying an Express Mail envelope. A DEA agent followed Rivera into the Post Office and
     observed him mailing this envelope. Rivera was observed exiting the Post Office without the
     envelope he had carried in. He then departed in the Honda.

40.  The DEA agent who followed Rivera into the Post Office made contact with Postal authorities and
     obtained a photo copy of the shipping document for this parcel which is described as follows: an
     Express Mail envelope about 10"X14" & ½" to 1" thick, weighs 3lbs 4oz, received by post office
     at 10-16-12, 2:57 p.m., scheduled to be delivered 10-17-12 3:00 p.m., Tracking # EI 336790839
     US, addressed to defendant DOEL VEGA, PO Box 1283, Holyoke, MA 01041, with a return
     address, from: Linda Vega, 154 O'Keefe St. N.E. Palm Bay, FL 32909, and showing Linda
     Vega's signature authorizing no signature by receiver.

41.  On October 16, 2012, U.S. Magistrate Judge David A. Baker in the Middle District of Florida
     signed a search warrant for this Express mail parcel. The search of this parcel resulted in the
     seizure of 500 30mg oxycodone tablets (brand name Roxicodone) and 20 "Endocet" tablets, both
     of which are Schedule II controlled substances.

42.  Postal Inspector Tracy has determined that approximately thirteen Express Mail packages from co-
     conspirators in Palm Bay, Florida, were sent to defendant DOEL VEGA at three addresses in
     Holyoke, MA, including Post Office Box 1283.

14

Express Mail Seizure #2

43.    On October 24, 2012, at 2:06 p.m. Rivera using TT1 placed a call (call #7022) to the technician at
       Pharmacy No. 1. During this call Rivera told Pharmacy Technician No. 1 that he would be at the
       pharmacy in about one hour and 15 minutes. Later in the call Rivera talked with Pharmacy
       Technician No. 1 about filling prescriptions for Wednesday (October 24, 2012,) and for Friday
       (October 26, 2012).

44.    At 3:08 p.m. Rivera using TT1 received a call from Morales using TT2. During this call Morales
       asked Rivera, "If mine are ready?" Rivera answered yes. Special Agent Pennington believes that
       Morales was asking Rivera if his (Morales') prescriptions for controlled substances were ready to
       be picked up at Pharmacy No. 1.

45.    At 3:19 p.m. Rivera using TT2 placed a call (call #7025) to Pharmacy Technician No. 1 at
       Pharmacy No. 1. During this call Rivera told Pharmacy Technician No. 1 that he was out front
       and wanted to know if he could go inside. Pharmacy Technician No. 1 said yes, and Rivera stated
       that he would be in in a minute. Special Agent Pennington believes that Rivera was asking
       Pharmacy Technician No. 1's permission to enter the pharmacy, because Rivera wanted to make
       sure there is no one in the pharmacy who would see Pharmacy Technician No. 1 dispensing the
       prescriptions filled in other people's names to him.

46.    Within two minutes of the above call a PBPD agent observed Rivera enter Pharmacy No. 1. After
       approximately five minutes the PBPD agent observed Rivera exiting Pharmacy No. 1 with what
       appeared to be a large blue and white shopping bag with handles. Surveillance agents then
       followed Rivera back to Palm Bay, Florida.

15

47.    On October 25, 2012, at 8:57 a.m. Morales using TT2 placed a call (call #1255) to Massachusetts
       phone number 413-210-2502 subscribed to Heriberto Morales. Morales asked the male (believed
       to be Heriberto Morales) who answered this phone, "The address that you have which one is it?"
       The male replied, "215 of the S,…E-E-S-S…" Special Agent Pennington believes that Morales
       was asking Heriberto Morales for an address where Heriberto Morales wanted Morales to send a
       parcel containing controlled substances. Special Agent Pennington further believes that Heriberto
       Morales was telling Morales to send the parcel to an address of 215 on a street or road that starts
       with Ess.

48.    Just over two minutes later (at 8:59 a.m.) Morales using TT2 placed a call (call #1256) to Rivera
       using TT1. During this call Rivera told Morales to. "Tell Heri…there were 168…" Later in this
       call Morales asked Rivera, "Eleven what?" Rivera replied, "1147." Special Agent Pennington
       believes that Rivera was telling Morales to tell Heriberto that there were 168 oxycodone tablets for
       Heriberto Morales in the parcel that Morales was going to mail. Special Agent Pennington further
       believes that Rivera told Morales there were 1,147 pills somewhere in Rivera's or Morales'
       possession possibly in the parcel Morales was going to mail or possibly stored in the Palm Bay,
       Florida area.

49.    On October 25, 2012, at approximately 10:50 a.m. a DEA agent contacted the manager of the U.S.
       Post Office at 4660 Lipscomb Street, NE, Palm Bay, Florida who reported receiving an express
       mail envelope weighing 2 pounds 9 ounces, addressed to Luis Colon, 215 Essex St, Holyoke,
       Mass, 01040. The return address is shown as Pablo Rivera, Jericho Ave 1147, Palm Bay, FL
       32907. The tracking number on this parcel is shown as EI 336790683 US. This parcel was
       mailed at the Lipscomb Street Post Office at 9:17 a.m. that same morning.

16

50. During the course of this investigation DEA and PBPD agents have observed Rivera, Morales and other members of this conspiracy at 1147 Jericho Ave. Palm Bay, Florida. This is the address written improperly as the return address on the above described parcel. A law enforcement officer in Holyoke, Massachusetts involved with this investigation has observed a vehicle registered to ANGEL MEDINA parked in the area of 215 Essex Street, Holyoke, Massachusetts on numerous occasions.

51. At 11:57 a.m. Morales using TT2 placed a call (call #1286) to 413-210-2502 and spoke to the same male believed to be Heriberto Morales. During this call Morales told the male, "Go early because I drop it today at 9:00 in the morning 9:30. Special Agent Pennington believes that Morales was telling Heriberto Morales that he mailed a parcel containing controlled substances to Heriberto Morales between 9:00 a.m. and 9:30 a.m. this same day (October 25, 2012). Special Agent Pennington believes that Morales was referring to the parcel described above which was mailed at 9:17 a.m.

52. On October 25, 2012, U.S. Magistrate Judge David A. Baker in the Middle District of Florida signed a search warrant for this second Express mail parcel. The search of this parcel resulted in the seizure of 609 30mg oxycodone tablets a Schedule II controlled substance.

Seizure of 600 Oxycodone Pills from Defendants LUZ ENEIDA MORALES and DOEL VEGA

53. On November 2, 2012, defendant LUZ ENEIDA MORALES (Rafael Rivera's wife) flew from Orlando, Florida to Bradley International Airport in Hartford, Connecticut where she was picked up by defendant DOEL VEGA (the same individual who was listed as the intended recipient of the Express Mail parcel seized on October 16, 2012). DEA agents followed DOEL VEGA and LUZ ENEIDA MORALES to Holyoke, Massachusetts where they were stopped by a Holyoke Police

17

Officer. A subsequent consent search of LUZ ENEIDA MORALES's belongings resulted in the

seizure of approximately 600 oxycodone tablets and the arrest of LUZ ENEIDA MORALES and

DOEL VEGA for violations of Massachusetts narcotic laws.

Express Mail Seizure # 3

54.     On September 16, 2012, DEA agents observed Rivera, driving Edwin Morales' blue Honda mini-

van, drop four individuals off at the Orlando International Airport. DEA agents then observed the

four individuals board Jet Blue flight 336 from Orlando to Hartford, Connecticut. After the four

individuals arrived in Hartford they were contacted by DEA agents in Connecticut. The DEA

agents obtained consent search these individuals and their baggage. This consent search did not

discover any contraband. The DEA agents in Hartford learned that all four of these individuals

reside in Holyoke, Massachusetts. During this consensual encounter one of the individuals ("CC")

told one of the DEA agents that his phone number was 321-208-2636. Shortly after these consent

searches Rivera, Morales and others associated with them were intercepted on phone calls

discussing these searches.

55.     PDMP records show that on September 17, 2012, (the day after CC departed Florida) Pharmacy

No. 1 filled a prescription in CC's name for 168 30mg oxycodone tablets. The PDMP data also

shows that Pharmacy No. 1 filled a controlled substance prescription for at least one of the other

travelers on September 17, 2012, the day after they departed Florida. Both prescriptions were

written by a doctor at the Clinic No. 1 in Fort Lauderdale, Florida. Special Agent Pennington

believes that CC and the other travelers each gave their prescriptions to Rivera or Edwin Morales

who later had them filled at Pharmacy No. 1. Special Agent Pennington further believes that these

pills were later sold by Rivera or Edwin Morales.

56.  Approximately one month later on October 18, 2012, at 8:21 a.m., Edwin Morales using TT2 received a call (call #595) from CC using 321-208-2636. The phone used by CC is a prepaid Metro PCS phone subscribed to Miguel Morales at 506 June Ave NE, Palm Bay, Florida. As mentioned above this is the same phone number CC provided to a DEA agent in Hartford, Connecticut on September 16, 201. Investigation has shown that Edwin Morales goes by the nick name "Mikey" and that he used to reside at 506 June Ave in Palm Bay, Florida.

57.  During the call on October 18, 2012, CC asked Morales, "Are you going to talk to Jay to see if they will give it to you?" Morales responded, "That's what I was going to do." CC asked, "You think you will get them or No?" Morales said, "I'm going to try, son." CC said, "Look because I...Well, if they are going to give the, they are not going to increase them. Right? They will give what they gave the last time 84 pills?" Morales said, "No not 84. 140 they were increased." CC said, "No, uh, Mine were increased from 140 to 168. But.." CC also said, "Check to see if they can be increased to at least 112." Morales said, "Alright." CC said, "or 140. Morales said, "Alright, I'll check." Special Agent Pennington believes that during this call CC and Morales were discussing that Morales should speak to the manager of Clinic No. 1before their next visit to the clinic. Special Agent Pennington believes that CC and Morales want the manager to tell the doctor at the clinic to increase the number of 30mg oxycodone tablets on the prescriptions for all of the individuals Morales is sending to the clinic. CC reminded Morales that his prescription was increased to 168 pills per month but the other individuals working for Morales only received prescriptions for 84 pills the last month they were at the clinic.

58.  Special Agent Pennington believes the date of this call was consistent with Florida laws that restrict the sale of Schedule II narcotics to a single patient to once a month. As mentioned above

19

Pharmacy No. 1 filled a prescription for 168 30mg oxycodone tablets in CC's name on September 17, 2012.

59.   The following day on October 19, 2012, at 10:57 a.m., Edwin Morales using TT2 received a call (call #859) from CC. During that call Morales asked CC, "Is he still there?" CC said, "He is going back and forth. But he was, I do not know if he was or not. Morales told CC, "Check to see...It's Jay." CC said, "I know it's Jay." The manager then came on the phone that CC was using and spoke directly to Morales. The manager said, "Tell me." Morales said, "They're my people. Remember that this guy had not increased for almost four months. He has them at 112, check it and, four more are going, they are being picked up at the airport. Okay?" The manager said, "You are picking the at the airport right now?" Morales said, "Yes. They are being picked up over there. Put those three they are leaving at 1:00, Jay. They have to leave at 1:00." The manager answered, "Yes." Morales said, "Alright?" The manager said, "I know, it's done. Morales said, "...they said it was going to be increase in three months and they have not increased them." the manager said, "Okay, fine." Morales told the manager, "Okay, Put Papito on." The manager said, "All right." The manager then gave the phone to CC, a.k.a. "Papi." Morales said, "Papi, I already told him. He said it was alright and was going to check. Okay? Uh, he putting in now." CC said, "Yes." Special Agent Pennington believes that on this day, October 19, 2012, when CC called Morales, CC was in the waiting room of Clinic No. 1 and had seen the manager passing through the waiting room. Special Agent Pennington also believes that CC handed the manager the cell phone CC was using to talk to Morales so that Morales could talk directly with the manager. Special Agent Pennington further believes that Morales told the manager that he had several individuals including CC who were all working for him in acquiring prescriptions for oxycodone

20

from Clinic No. 1 and that they were at the clinic at that moment. Special Agent Pennington believes that Morales asked the manager to ensure that all of Morales' workers had their prescriptions increased to a higher number of 30mg oxycodone tablets. Special Agent Pennington believes that Morales told the manager he had four more workers coming to the clinic later that same day after they were picked up at the Fort Lauderdale Airport.

60.   On October 20, 2012, at 11:41 a.m., Edwin Morales using TT2 received a call (call #968) from CC. During this call Morales said, "Remember to get the tickets early..." CC asked, "Yeah, but when are you going to sent that?" Morales said, "I'm going to take care of that. After I sent you that...oh, it has to be around Tuesday because they arrive on Monday." Later in the call Morales said, "If we sent it to you on Tuesday you will get around Wednesday." CC agreed. Morales said, "...she gets it on Tuesday, she will do them on Tuesday in the afternoon they will leave." Morales then asked, "Did you leave the money...To take them out?" CC said, "I left him everything." Morales asked, "Okay, and they were increased?" CC answered, "For me they left it at 168." Morales asked, "And them??" CC answered, "112. They said that the next time they will increase it." Special Agent Pennington believes that Morales told CC to buy his airline tickets early to travel from his home in Massachusetts to Florida to acquire a new prescription for controlled substances. Special Agent Pennington also believes that CC asked Morales when was he going to send another parcel containing oxycodone for CC to sell in the Holyoke, Massachusetts area, and that Morales said he would send it on Tuesday October 24, 2012, and it would arrive on Wednesday October 25, 2012. Special Agent Pennington believes that Morales explained to CC that Pharmacy Technician No. 1 at Pharmacy No. 1 receives a shipment of oxycodone from a distributor on Tuesday, October 24, 2012, and she can fill the prescriptions on Tuesday and the

21

drugs will be mailed to Holyoke Tuesday afternoon and could be expected to arrive on

Wednesday, October 25, 2012. Special Agent Pennington believes that CC left or sent money to

Rivera so that Rivera would be able to pay Pharmacy Technician No. 1 to take the filled

prescriptions out of Pharmacy No. 1. Special Agent Pennington believes that CC told Morales

that the last prescription he received was for 168 30mg oxycodone tablets as it had been in prior

months and that other individuals with him at a recent clinic visit each got prescriptions for 112

30mg oxycodone tablets, but that they expected this amount to be raised by the prescribing doctor

on the next visit.

61. As mentioned above an Express Mail parcel containing oxycodone was mailed and seized on

October 25, 2012. Special Agent Pennington believes that the seized parcel was the same parcel

that Morales was describing to CC during this call.

62. On October 26, 2012, at 1:45 p.m., Edwin Morales using TT2 received a call (call #1392) from

CC. During that call CC said, "I know that the guy that I sold him everything, he already sold

them all." Morales answered "Oh, that is fine...I send a package and they...they stole it. This is

the second one. It did not arrive." Special Agent Pennington believes that CC told Morales about

a quantity of oxycodone he sold for Morales. Special Agent Pennington further believes that

Morales was referring to the two Express Mail parcels containing 500 and 600 30mg oxycodone

(respectively) that were seized by the DEA on October 16 and 25, 2012.

63. On October 26, 2012, at 2:54 p.m., Edwin Morales using TT2 placed a call (call #1443) to CC.

Morales said, "...I'll sent 6, three for you and three for him. 3 for you and 3 for Junito. Okay?"

CC, said, "Okay." Morales said, "Well, I'll take care of it."

22

64.    On October 31, 2012, at 3:19 p.m., Morales received a call (call #1730) from CC. During this

call, Morales said, "Before you arrive, I'm going to sent them. Okay?" Later in the call Morales

said, "I am doing is to get you over there and you leave from here, form here the next day so you

other thing will be ready. Or what do you want to do? The same day over there?" CC asked, "I'm

leaving the same day, then. Right?" Morales asked, "You want?" CC asked, "You want me to

arrive on, on Thursday and leave on Friday? The same, same day as the appointment?" Morales

said, "...on Friday morning. So it would be cheaper. Or, do you want to stay?" CC answered, "Is

was better if stayed until Saturday." Later in the call CC asked, "What do you want to do? To...

are you going to try and sent me a least 200 pills? Because I sent you the 3,000, because of that?"

Morales answered, "I know. I'm going, I'm going to give you 400. Sent 3,000 more. I'm going to

give you 400 pills. Moments later, Morales said, "Oh and, 3000 from me? Well go ahead, go

ahead. So I can, can give you 4 complete." CC said, "Later you can sent me, if you can sent me

400 pills. Well, sent 4. If you can sent me 2." Later in the call CC said, "What I am telling you is

that, I needed like 200 more pills..." Morales said, Well I...How many do you want 6?" Toward

the end of this four minute call, Morales said, "And I will give you 2 there. 2 of...so you can sell

them for me. Okay?" Special Agent Pennington believes that in the beginning of this call Morales

and CC were discussing with CC plans for CC to travel back to Fort Lauderdale, Florida from his

home in Holyoke, Massachusetts. Special Agent Pennington believes that CC was going to make

his monthly trip for another appointment at Clinic No. 1 to receive another controlled substance

prescription and that this appointment was going to take place on a Friday. Special Agent

Pennington further believes that CC and Morales then discussed Morales sending between 200 and

600 30mg oxycodone tablets for CC to sell in the Holyoke, Massachusetts area. Special Agent

23

Pennington also believes they also discussed $3,000 which CC had already sent to Morales to assist Morales in paying for the cost of filling the prescriptions at Pharmacy No. 1.

65. State of Florida PDMP records show that an oxycodone prescription in CC's name written by a doctor at Clinic No. 1 filled on September 17, 2012 at Pharmacy No. 1. Intercepted phone calls approximately one month later indicate that CC was at Clinic No. 1 on October 19, 2012. An intercepted phone call on October 26, indicates that Morales was planning to mail a parcel of oxycodone to CC. An intercepted call on October 31, 2012, indicates that CC had another appointment at Clinic No. 1 or would be travelling on a Friday and that Morales was still planning to send a parcel of oxycodone to CC.

66. On Thursday morning, November 15, 2012, a DEA agent observed Morales' blue Honda minivan parked at Clinic No. 1. The van was observed departing Clinic No. 1 at approximately 11:40 a.m.

67. On Friday November 16, 2012, an Express Mail Parcel with tracking number EI336815385 US was dropped off at a U.S. Post Office located in Saint Cloud, Florida. This Post Office is located approximately eight miles from Pharmacy No. 1, located at 105 E. Monument Ave. Kissimmee, Florida. This Express Mail Parcel was address to CC at 205 Walnut St. Holyoke, Massachusetts 01040. Law enforcement and commercial information data bases associate CC with this address. The sender of this parcel is shown as an individual at 2313 Caravelle C.R. Kissimmee, FL 34746. This address was determined to be a real address, but a check of law enforcement and commercial data bases did not reveal anyone with the name of the sending individual as being associated with this address.

68. On Monday November 19, 2012, a "Hispanic sounding" male called the U.S. Postal Service requesting information concerning this parcel. On a voice mail recording the caller identified

24

himself as the name associated with CC of 205 Walnut St. Holyoke, Massachusetts 01040, he left
a call back number of 321-208-2636. This is the same number that CC provided to the DEA agent
in Hartford, Connecticut and the same number which he used to discuss oxycodone trafficking
with Edwin Morales on October 18, 2012.

69.    On November 21,2012, Postal Inspector Tracy obtained a federal search warrant for the Express
Mail package. This parcel was found to contain a 3M bubble pack envelope. Inside the bubble
pack envelope was an empty clear plastic vacuum seal bag which contained 220 30mg blue
oxycodone tablets (weighing 22.1g) and 364 15mg green oxycodone tablets (weighing 36.4g).
The contents of this parcel were later submitted for latent fingerprints and both Rafael Rivera and
Edwin Morales fingerprints were discovered on the interior bubble pack envelope inside the
parcel.

Express Mail Seizure No. 4

70.    On Wednesday, February 6, 2013, Postal Inspector Tracy conducted a controlled delivery of
express mail parcel EI 706159854 US, addressed to CC, 205 Walnut Street, Holyoke MA. The
package was from Jose Bonillia, 2591 King Richard Rd, Melbourne, FL. A Hispanic male
identified himself as CC while accepting the package. This is the same individual who is on a
Florida Division of Motor Vehicles photo provided to me by DEA Agent Pennington, Orlando
Field Office.

71.    While accepting the package, CC inquired as to whether there were any other packages scheduled
to be delivered today, as he was expecting 3 other packages, 2 from Florida and 1 from Puerto
Rico. At the time of the delivery, a vehicle bearing MA REG 396EL1, registered to Idalia Morales
was parked outside the residence.

25

72. On February 12, 2013, an Express Mail package was mailed from the Melbourne, FL, post office addressed to CC, 205 Walnut Street, 2nd floor, Holyoke, MA 01040, with a return address of Jose Bonilla, 2591 King Richard Rd, Melbourne, Fl 32935 (the "Subject Parcel "). On February 13, 2013, Postal Inspector Tracy checked investigative databases in an attempt to locate Jose Bonillia, or Jose Bonilla, 2591 King Richard Rd, Melbourne, Fl 32935. Neither name was found associated with said address.

73. The Express Mail package was delivered to Springfield, MA, and seized by Postal Inspector Tracy, who obtained a search warrant for the package. The package contained 297 30mg oxycodone tablets hidden in a child's toy.

Financial Transactions

74. Special Agent Gregory Howe of the Internal Revenue Service, Criminal Investigation ("IRS-CI"), has conducted a financial analysis of monetary transactions related to this conspiracy. Special Agent Howe has identified five accounts at Bank of America and three accounts at TD Bank. Both Bank of America and TD Bank are national banks with branches in Massachusetts and Florida.

75. Special Agent Howe has determined that during the time of the conspiracy, over $1.3 million was deposited into these eight accounts in Massachusetts, and approximately $1,196,194.68 was withdrawn from these accounts in Florida.

## Western Massachusetts Federal Defendants

### ANGEL LUIS MEDINA, A/K/A "JUNITO"

76. As noted above, ANGEL MEDINA was intercepted on the federal wiretaps referred to above, discussing the oxycodone distribution scheme with Rivera and Morales. In addition, he was

26

present during the delivery of several of the Express Mail packages in Holyoke, Massachusetts, and he deposited over $100,000 into the bank accounts at national bank branches in the Holyoke area used to transfer money to co-conspirators in Florida.

77. Postal Inspector Tracy delivered or surveilled the delivery of several Express Mail packages sent from the Palm Bay, Florida, area to co-conspirators in Holyoke, Massachusetts.

   a. On June 15, 2012, Tracy conducted surveillance on an Express Mail package delivery to 27 View Street, Holyoke, MA, and identified ANGEL MEDINA as the person who picked up the package from the mailman.

   b. On July 18, 2012, Tracy observed another Postal Inspector deliver a Express Mail package to a person at 185 Beech Street, Holyoke, MA. ANGEL MEDINA was present with another individual, retrieved the package and left the area in his vehicle.

   c. On September 7, 2012, Tracy delivered an Express Mail package to defendant DOEL VEGA at his Post Office box in Holyoke, MA. Surveillance agents observed ANGEL MEDINA driving his vehicle as he dropped off and picked up DOEL VEGA at the post office.

78. Special Agent Gregory Howe of the Internal Revenue Service, Criminal Investigation, has determined that during the time of the conspiracy, ANGEL MEDINA deposited over $100,000 into bank accounts associated with the conspiracy in Holyoke, MA.

LUZ ENEIDA MORALES, A/K/A "MAMA"

79. As noted above, on November 2, 2012, defendant DOEL VEGA picked up defendant LUZ ENEIDA MORALES (Rafael Rivera's wife) at Bradley International Airport in Hartford, Connecticut, after LUZ ENEIDA MORALES had arrived from Florida. DEA agents followed

27

DOEL VEGA and defendant LUZ ENEIDA MORALES to Holyoke, Massachusetts where they were stopped by a Holyoke Police Officer. A subsequent consent search of LUZ ENEIDA MORALES's belongings resulted in the seizure of 600 oxycodone tablets and the arrest of LUZ ENEIDA MORALES and DOEL VEGA for violations of Massachusetts narcotic laws.

80. IRS-CI Special Agent Howe has determined that between May 27, 2010, and November 14, 2012, approximately 122 charges were made to a Bank of America account associated with LUZ MORALES related to airfares. I believe that these charges related to flights used to facilitate the conspiracy.

DOEL VEGA

81. On October 16, 2012, an Express Mail package addressed to DOEL VEGA, PO Box 1283, Holyoke, MA 01041, was seized and searched pursuant to a warrant in Florida. The search of the package resulted in the seizure of 500 30mg oxycodone tablets (brand name Roxicodone) and 20 "Endocet" tablets, both of which are Schedule II controlled substances.

82. As noted above, on November 2, 2012, DOEL VEGA picked up defendant LUZ ENEIDA MORALES (Rafael Rivera's wife) at Bradley International Airport in Hartford, Connecticut, after LUZ ENEIDA MORALES had arrived from Florida. DEA agents followed DOEL VEGA and defendant LUZ ENEIDA MORALES to Holyoke, Massachusetts where they were stopped by a Holyoke Police Officer. A subsequent consent search of LUZ ENEIDA MORALES's belongings resulted in the seizure of a 600 oxycodone tablets and the arrest of LUZ ENEIDA MORALES and DOEL VEGA for violations of Massachusetts narcotic laws.

83. As noted above, On September 7, 2012, Tracy delivered an Express Mail package to defendant DOEL VEGA at his Post Office box in Holyoke, MA. Surveillance agents observed defendant

ANGEL MEDINA driving his vehicle as he dropped off and picked up DOEL VEGA at the post office.

84. On October 12, 2012, Postal Inspector Tracy observed another Postal Inspector deliver an Express Mail package to DOEL VEGA at his Post Office box in Holyoke, MA.

85. In total, Postal Inspector Tracy has determined that approximately thirteen Express Mail packages were sent from co-conspirators in Florida addressed to DOEL VEGA at three different addresses in Holyoke, MA.

86. IRS-CI Special Agent Howe has determined that during the time of the conspiracy, approximately $38,424.76 was deposited into an account at TD Bank in Holyoke, MA, in the name of DOEL VEGA. Approximately, $38,144 was withdrawn from this same account in Florida.

## Western Massachusetts Search Warrants

87. Postal Inspector Tracy has determined that between July 8, 2011, to February 13, 2013, approximately 70 Express Mail packages were sent from co-conspirators in Florida to co-conspirators in Holyoke, MA.

88. I know, based on my experience and the experience of my fellow investigators, that individuals involved in the distribution of illegal drugs often maintain in their residences illegal drugs, the proceeds of illegal drugs, paraphernalia used for the packaging and distribution of illegal drugs, documents relating to the transportation of illegal drugs and the proceeds of their distribution, and documents relating to the ownership or occupancy of the residence.

179 Oak Street, APT 1-L, Holyoke, MA  01040

89.     Postal Inspector Tracy has determined that during the course of the conspiracy, the following

        Express Mail packages were addressed to a co-conspirator at 179 Oak Street, Apt. 1-L, Holyoke,

        MA.

To:     Jose Class      179 Oak Street, Apt 1-L, Holyoke, MA

| Received | Rate | Number | From |
|---|---|---|---|
| 7/30/11 | flat | EG 780265913 US | Rafael Class, 1245 Palm Bay Rd., Palm Bay FL |
| 8/12/11 | flat | EG 780265900 US | Jackson Class, 1245 Palm Bay Rd., Palm Bay  FL |
| 8/16/11 | flat | EH 293219216 US | Carlos Class, 2800 Palm Bay Rd., Palm Bay FL |
| 8/23/11 | flat | EH 293219220 US | Jackson Class, 2800 Palm Bay Rd., Palm Bay FL |
| 10/4/11 | flat | EG 213620388 US | James Class, 1245 Palm Bay Rd., Palm Bay FL |
| 10/12/11 | flat | EG 327420866 US | Luis Class, 1245 Palm Bay Rd., Palm Bay FL |
| 11/8/11 | flat | EI 184764630 US | Jason Class, 1245 Palm Bay Rd.–Apt. BB 101, Palm Bay FL |
| 11/24/11 | flat | EI 186246173 US | Samuel Class, 1285 Palm Bay Rd., Palm Bay FL |
| 12/1/11 | 2.2 | EI 129439710 US | Jefferson Class, 1245 Palm Bay Rd., Palm Bay FL |
| 12/5/11 | flat | EI 129438731 US | Antonio Class, 1295 Americana, Palm Bay FL |
| 12/21/11 | 2.11 | EG 665497461 US | Jefferson Class, 1245 Palm Bay Rd,Apt.BB103, Palm Bay FL |
| 12/28/11 | flat | EI 129438728 US | Jackson Class, 2800 Palm Bay Rd., Palm Bay FL |
| 1/7/12 | flat | EI 384966005 US | Franke Class, 1380 Palm Bay, Palm Bay FL |
| 1/13/12 | 2.3 | EI 129440797 US | Jackson Class, 2800 Palm Bay Rd., Palm Bay FL |

30

| 1/24/12 | 2.8 | EI 184769518 US | Anabel Class, 2008 Palm Bay, Palm Bay FL |
| 2/3/12 | flat | EI 241045418 US | Hector Class, 1245 Palm Bay Rd.– Apt S- 105, Palm Bay FL |
| 2/17/12 | 2.12 | EI 241045449 US | Lisandra Class, 2800 Palm Bay Rd., Palm Bay FL |
| 3/1/12 | flat | EI 241045421 US | Camila Class, 2800 Palm Bay Rd., Palm Bay FL |
| 4/25/12 | 2.7 | EI 379521525 US | Samuel Class, 2800 Palm Bay Rd., Palm Bay FL |
| 5/4/12 | flat | EI 379521485 US | Sandra Class, 2800 Palm Bay Rd., Palm Bay FL |
| 5/5/12 | flat | EI 379521485 US | Sandra Class, 2800 Palm Bay Rd., Palm Bay FL |
| 5/18/12 | 1.12 | EG 566705534 US | Luis Class, 1245 Palm Bay Rd., Palm Bay FL |
| 7/21/12 | 2.14 | EG 566705525 US | Jessinia Class, 2800 Palm Bay Rd., Palm Bay FL |
| 7/26/12 | 2.88 | EI 468681943 US | Maribel Class, 2800 Palm Bay Rd., Palm Bay FL |
| 8/14/12 | 2.2 | EG 566705517 US | Lisandra Class, 1245 Palm Bay Rd., S-104, Palm Bay FL |
| 8/17/12 | 2.29 | EI 344371856 US | Brenda Class, 2627 Boggy Creek Rd., Kissimmee FL |
| 8/22/12 | 2.10 | EI 468682025 US | Sandra Class, 1245 Palm Bay Rd. Apt. S-104, Palm Bay FL |
| 9/13/12 | 2.15 | EI 468682039 US | Sandra Class, 2800 Palm Bay Rd., Palm Bay FL |
| 9/18/12 | 2.5 | EI 468681926 US | Hector Class, 2800 Palm Bay Rd., Palm Bay FL |

90.   Postal Inspectors have verified via investigative databases and postal records the current resident

of 179 Oak Street APT 1-L, Holyoke MA is the person to whom the Express Mail packages were

addressed.

185 Beech Street, Apartment 3-L, Holyoke, MA  01040

91.    Postal Inspector Tracy has determined that between October, 2011, and July, 2012, the following

eleven Express Mail packages were sent by co-conspirators in Florida to a person at 185 Beech

Street, Apartment 3-L, Holyoke, MA  01040.  In an attempt to locate the senders of the Palm Bay

to Holyoke mailings, Postal Inspectors utilized investigative databases, postal records, as well as

surveillance conducted by law enforcement. None of the names listed as senders were found to be

associated with addresses listed. According to postal records, the intended recipient was not

known at the 185 Beech Street, APT 3-L Holyoke MA address.    Postal Inspectors did verify via

investigative databases and postal records the current resident of 185 Beech Street APT 3-L,

Holyoke, MA, is another co-conspirator.

To:  Luis Gonzales      185 Beech Street, Apt. 3-L      Holyoke, MA

| Received | Number | From |
|----------|--------|------|
| 10/7/11 | EG 327420835 US | Jose L. Gonzales, 2800 Palm Bay Rd., Palm Bay FL |
| 10/25/11 | EG 327420849 US | Liz Marie Gonzalez, 2800 Palm Bay Rd., Palm Bay FL |
| 11/17/11 | EG 328610420 US | Jose L. Gonzales, 2800 Palm Bay Rd., Palm Bay FL |
| 11/29/11 | EG 328609846 US | Hector L. Gonzales, 2800 Palm Bay Rd., Palm Bay FL |
| 1/20/12 | EH 173500813 US | Sandra Gonzales, 2008 Palm Bay Rd., Palm Bay FL |
| 2/10/12 | EI 241045435 US | Hector L. Gonzales, 1245 Palm Bay Rd., Apt. S-104, Palm Bay FL |
| 2/23/12 | EI 241045452 US | Carmen Gonzales, 2800 Palm Bay Rd., Palm Bay FL |
| 3/10/12 | EI 198407187 US | Elsa Gonzales, 2800 Palm Bay Rd., Palm Bay FL |
| 3/27/12 | EM 619426848 US | Sandra Gonzales, 2800 Palm Bay Rd., Palm Bay FL |

3/29/12        EI 198399786 US      Hector L. Gonzales, 2800 Palm Bay Rd., Palm Bay FL

7/18/12        EG 566705551 US      Sandra Gonzales, 2800 Palm Bay Rd., Palm Bay FL

205 Walnut Street, Holyoke, MA  01040

92.    Postal Inspector Tracy has determined that between July, 2012, and November, 2012, the
       following six Express Mail packages were sent to "CC", 205 Walnut Street, Holyoke, MA  01040.
       In an attempt to locate the senders of the Palm Bay to Holyoke mailings, Postal Inspectors utilized
       investigative databases, postal records, as well as surveillance conducted by law enforcement.
       None of the names listed as senders were found to be associated with addresses listed. According
       to postal records, the intended recipient, CC, is known at the 205 Walnut Street, Holyoke, MA
       01040 address.  Similar patterns of mailings in previous investigations conducted by postal
       inspectors, including my own investigations, found suspects had used fictitious names at addresses
       in the use of the US Mail to transport drug contraband.

To: CC 205 Walnut Street, Holyoke, MA

| Received | Number | From |
|---|---|---|
| 7/26/12 | EI 468685463 US | Maria Cotto, 1245 Palm Bay Rd., Palm Bay FL |
| 8/17/12 | EI 344371873 US | Angel Cotto, 2335 S. Golden Rd., Orlando Fl |
| 8/24/12 | EI 468681912 US | Jacqueline Cotto, 2008 Palm Bay Rd., Palm Bay FL |
| 9/12/12 | EI 379515768 US | Juan Cotto, 2800 Palm Bay Rd., Palm Bay FL |
| 9/18/12 | EI 468679255 US | Alexsandra Cotto, 1245 Palm Bay Rd., Palm Bay FL |
| 11/16/12 | EI 336815385 US | Brenda Quinones, 2313 Caravelle C.R., Kissimmee FL |

33

93.    On Friday, November 16, 2012, express mail package EI 336815385 US was sent from Palm Bay

       Florida to CC, 205 Walnut St., Holyoke, MA. The package was intercepted by the Postal

       Inspection Service. On November 21, 2012 Postal Inspector Tracy obtained a federal search

       warrant for the package, resulting in the seizure of 220 20mg tablets of oxycodone and 364 15mg

       tablets of oxycodone.

94.    Postal Inspectors verified via investigative databases and postal records the current resident of 205

       Walnut Street, Holyoke, MA  to be CC.

       Safe Deposit Box Number 00814300278-3,
       Bank of America, 40 Lincoln Street, Holyoke, MA 01040

95.    IRS-CI Special Agent Howe did an analysis of the monetary transactions relating to the

       conspiracy. Special Agent Howe concluded that the proceeds of the oxycodone pill sales were

       deposited into Bank of America and TD Bank accounts at branches in the Holyoke, MA, area, and

       the funds were then withdrawn at branches in Florida. According to Special Agent Howe, the

       following eight bank accounts are related to the conspiracy and were opened by individuals

       involved in the conspiracy.

| Bank | Account No. | Account Name |
|------|-------------|--------------|
| Bank of America | 898040771653 | Rafael Rivera Perez |
| Bank of America | 898036010357 | Luz Morales |
| Bank of America | 898034509365 | Edwin Morales |
|  |  | Custodial Account for Roberto Alvarado Reyes – |
| Bank of America | 898024981618 | Edwin Morales Payee |
| Bank of America | 5492970002 | Maria Pinto and Isamary Tosado |
| TD Bank | 4260954081 | Doel Vega |
| TD Bank | 4261139583 | Jose Garcia |
| TD Bank | 4257850804 | Rafael Rivera |

34

96.    All eight accounts were opened at bank branches in the Palm Bay, Florida area. The owners of all
       eight accounts listed Florida residential addresses on their account initiation paperwork. Review
       of the debit card activity on each of the accounts found that the vast majority of "point of sale"
       debit card transactions took place at stores in the Palm Bay, Florida area.

97.    Between January 1, 2009 and December 31, 2012 there have been approximately 478 cash
       deposits, totaling $1,410,113.06 made into the eight accounts. However, of the 478 cash deposits
       made into these accounts, 406 deposits, totaling approximately $1,365,974.76 were made at bank
       branches in the Holyoke, Massachusetts area. These cash deposits funded 676 cash withdrawals,
       totaling approximately $1,240,838.91. The vast majority of these cash withdrawals (579 totaling
       $1,196,194.68) took place in the Palm Bay, Florida area. An additional 60 cash withdrawals,
       totaling $38,627.25, were made in Puerto Rico.

98.    Cash deposits in Massachusetts were typically followed by cash withdrawals of similar value at
       bank branches in the Florida. For example, between January 1, 2009 and December 31, 2012
       there was approximately $424,200 in cash deposits made at Holyoke, MA area branches into the
       Bank of America account titled "Custodial Account for Roberto Alvarado Reyes – Edwin Morales
       Payee." During that same time period there was approximately $349,352.53 in cash withdrawals
       from the account made at branches in the Palm Bay, Florida area. Below is a review of cash
       activity in the account for July 2012:

| Date | Transaction Type | Amount | Branch |
|------|-----------------|--------|--------|
| 07/19/2012 | Cash Deposit | $4,500.00 | Holyoke Lincoln, MA |
| 07/19/2012 | Cash Withdrawal | $4,500.00 | Malabar, FL |
| 07/20/2012 | ATM Withdrawal | $100.00 | Palm Bay, FL |
| 07/24/2012 | Cash Deposit | $5,000.00 | Holyoke Ingleside, MA |
| 07/25/2012 | Cash Withdrawal | $5,000.00 | Nasa Blvd, FL |
| 07/27/2012 | Cash Deposit | $1,000.00 | Holyoke Lincoln, MA |

| 07/27/2012 | Cash Deposit | $2,000.00 | Holyoke Lincoln, MA |
| 07/27/2012 | Cash Withdrawal | $3,000.00 | St. Cloud, FL |
| 07/31/2012 | Cash Deposit | $3,875.00 | Holyoke Lincoln, MA |
| 07/31/2012 | Cash Withdrawal | $1,500.00 | Palm Bay, FL |

99. Based on this information, Special Agent Howe believes that the primary function of these bank accounts is to provide a way for cash to be moved from Massachusetts to Florida.

100. During the course of this investigation Special Agent Howe obtained bank surveillance video from Bank of America and TD Bank for the time period of March 5, 2012 to September 14, 2012. During this period, there were 93 cash deposits into the accounts in question, totaling $193,389.76. Of that, 64 cash deposits, totaling $180,774.76, were made at branches in Massachusetts. Special Agent Howe has obtained and reviewed bank surveillance photos and/or video related to 34 of those deposits. Of those 34 deposits, 23 were made by an individual whom Special Agent Howe has determined, based on review of driver's license photos, to be ANGEL MEDINA.

101. Below is a list of the cash deposits conducted by MEDINA:

| Date | Time | Amount | Bank | Account Number | Account Name | Branch |
|---|---|---|---|---|---|---|
| 03/12/2012 | 15:00 | $3,000.00 | Bank of America | 898034509365 | Edwin Morales | Holyoke Lincoln |
| 03/12/2012 | 15:00 | $3,000.00 | Bank of America | 898024981618 | Edwin Morales Rep Payee | Holyoke Lincoln |
| 04/16/2012 | 10:27 | $5,000.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |
| 05/21/2012 | 11:50 | $5,575.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |
| 06/15/2012 | 15:00 | $5,000.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |
| 06/15/2012 | 15:32 | $2,850.00 | Bank of America | 898034509365 | Edwin Morales | Holyoke Lincoln |
| 06/15/2012 | 15:34 | $2,500.00 | Bank of America | 898024981618 | Edwin Morales Rep Payee | Holyoke Lincoln |
| 07/19/2012 | 15:53 | $4,500.00 | Bank of America | 898036010357 | Luz Morales | Holyoke Lincoln |
| 07/19/2012 | 17:12 | $550.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |
| 07/23/2012 | 11:11 | $5,200.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |

36

| 07/24/2012 | 13:55 | $2,465.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |
| 07/25/2012 | 15:09 | $2,800.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |
|  |  |  | Bank of |  | Edwin Morales | Holyoke |
| 07/27/2012 | 15:11 | $1,000.00 | America | 898024981618 | Rep Payee | Lincoln |
|  |  |  | Bank of |  | Edwin Morales | Holyoke |
| 07/31/2012 | 15:18 | $3,875.00 | America | 898024981618 | Rep Payee | Lincoln |
| 08/01/2012 | 16:02 | $700.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |
| 08/15/2012 | 14:28 | $4,500.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |
|  |  |  | Bank of |  | Edwin Morales | Holyoke |
| 08/15/2012 | 14:51 | $2,000.00 | America | 898024981618 | Rep Payee | Ingleside |
| 08/21/2012 | 12:24 | $225.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |
|  |  |  | Bank of |  |  | Holyoke |
| 08/25/2012 | 10:02 | $3,000.00 | America | 898034509365 | Edwin Morales | Lincoln |
|  |  |  | Bank of |  | Edwin Morales | Holyoke |
| 08/25/2012 | 10:04 | $3,000.00 | America | 898024981618 | Rep Payee | Lincoln |
| 08/27/2012 | 13:29 | $275.00 | TD Bank | 4257850804 | Rafael Rivera | Willimansett |
|  |  |  | Bank of |  | Maria Pinto & | Holyoke |
| 09/07/2012 | 15:00 | $4,600 | America | 5492970002 | Isamary Tosado | Lincoln |
|  |  |  |  |  |  | Holyoke |
|  |  |  | Bank of |  |  | Lincoln |
| 09/07/2012 | 15:02 | $2,000 | America | 898036010357 | Luz Morales |  |
|  |  | **$67,615.00** |  |  |  |  |

102. In addition to the 23 transaction above, MEDINA stated that he conducted an additional nine cash deposits on intercepted telephone conversations. On August 24, 2012 there was a $5,000 cash deposit into Rafael Rivera's TD Bank account no. 2457850804. Surveillance video for that transaction is not available. However, on August 25, 2012 surveillance video from the Holyoke Bank of America Branch shows that MEDINA made a cash deposit into Edwin Morales' Bank of America account no. 898034509365 at approximately 10:04 am. Approximately five minutes later, a DEA wiretap intercepts a telephone call from MEDINA to Rafael Rivera. During the conversation, MEDINA says that he just deposited the money. MEDINA goes on to state that he deposited $5,000 into Rivera's TD Bank account the day before.

103. On September 4, 2012 there was a $400 cash deposit into the Bank of America Custodial Account for Roberto Alvarado Reyes – Edwin Morales Payee account no. 898024981618 at approximately 12:46 pm. At approximately 12:53 a DEA wiretap intercepted a telephone call between Angel MEDINA and Rafael Rivera. During the call MEDINA stated that he was at the bank depositing money into "Mikey's" account. Mikey is Edwin Morales' nickname.

104. On October 4, 2012 $4,800 in cash is deposited into Rafael Rivera's TD Bank account no. 4257850804 at the "Willimansett" branch located in Chicopee, MA. On October 5, 2012 a DEA wiretap intercepted a telephone call between ANGEL MEDINA and Rafael Rivera. During the call MEDINA states that he already deposited $4,800 and would be depositing another $100 tomorrow.

105. On October 13, 2012, at approximately 12:51 pm, there was a $3,000 cash deposit into Rafael Rivera's TD Bank account no. 4257850804. The deposit took place at the Willimansett branch. At approximately 12:58 pm a DEA wiretap intercepted a telephone call between ANGEL MEDINA and Rafael Rivera. During the conversation MEDINA states that he deposited $3,000.

106. On October 15, 2012 at approximately 2:14 pm a DEA wiretap monitored a telephone call between ANGEL MEDINA and Edwin Morales. MEDINA told Morales that he was going to go to the bank but was counting money because Luis Gonzalez, whom MEDINA refers to as "Goofy," had 284 pills, but MEDINA had only found 264 pills worth of money in Gonzalez's apartment. At the time Gonzalez was in a coma, following a dirt bike accident. Gonzalez later died. MEDINA and Morales determined that there should be $14,160 after all the pills were sold. MEDINA subtracted $3,000 from that amount, which he had already given to Rivera. MEDINA subtracted another $800 which he gave to "Mama," resulting in $10,344. MEDINA then

38

subtracted another $320 for the missing 20 pills, resulting in $10,024 which he would deposit. Morales then instructed MEDINA to deposit $5,700 into Maria Pinto's bank account and the remaining $4,324 into Roberto's bank account. At approximately 2:40 pm there was a $5,700 cash deposit into Maria Pinto and Isamary Tosado's Bank of America account no. 5492970002. At approximately 2:42 pm there was a $4,320 deposit into Bank of America Custodial Account for Roberto Alvarado Reyes – Edwin Morales Payee account no. 898024981618.

107. On October 24, 2012 at 1:01 pm, a DEA wiretap monitored a telephone call between Rafael Rivera and ANGEL MEDINA. Rivera tells MEDINA to go to his (Rivera's) bank, TD Bank. Rivera tells MEDINA to deposit $3,070. At approximately 1:10 pm, MEDINA called Rivera again. MEDINA states that he is at the bank and he needs Rivera's bank account number. At approximately 1:13 pm, a deposit of $3,060 is made into Rivera's TD Bank account no. 4257850804 at the Willimansett branch.

108. On October 31, 2012 at approximately 1:51 pm ANGEL MEDINA deposited $4,900 into Bank of America Custodial Account for Roberto Alvarado Reyes – Edwin Morales Payee account no. 898024981618. At approximately 1:53 pm ANGEL MEDINA deposited an additional $5,500 into Maria Pinto and Isamary Tosado's Bank of America account no. 5492970002. These two transactions totaled over $10,000 and therefore Bank of America filed a Currency Transaction Report on ANGEL MEDINA. In order to file a Currency Transaction Report, the teller conducting the transaction(s) must ask the transactor for his or her identification. At approximately 2:09 pm a DEA wiretap monitored a telephone call between Rafael Rivera and ANGEL MEDINA. MEDINA stated that while attempting to deposit cash into Maria Pinto and Roberto's accounts the teller asked for MEDINA's social security number and identification.

MEDINA asked the teller to cancel the transaction and give him the money back, but the teller told MEDINA that it was too late because the deposit had been processed. MEDINA said that teller took his identification card and made a copy of it, but MEDINA gave her the wrong social security number.

109.    In total, review of surveillance video, bank records, CTRs, and monitored telephone calls has determined that MEDINA conducted at 32 deposits between March 12, 2012 and October 31, 2012, totaling $104,295.00.

110.    Based on a conversation between Edwin Morales and ANGEL MEDINA on October, 29, 2012, Special Agent Howe believes that MEDINA keeps a portion of the cash proceeds from the pills he sells as payment for his services. In this conversation MEDINA asks Morales how many packages were coming. Morales says that there are six, which would come to "10-8." Special Agent Howe believes, based on the conversation that "10-8" means $10,800. Morales then says that MEDINA can keep $200 for himself, and $100 for "Mama," which would leave "10-5" to send to Morales.

111.    In another conversation on August 25, 2012 Rivera tells MEDINA that there were two counterfeit $100 bills in the cash he deposited. MEDINA states that once before he was given a counterfeit $50 bill. MEDINA said that he did not mention it before because he replaced it with $50 from his profit.

112.    This investigation has found no evidence that ANGEL MEDINA has a bank account. However, on May 7, 2012 MEDINA and Maria Hernandez opened safe deposit box # 00814300278-3 at Bank of America ("BOA Box). The BOA Box is located that the "Holyoke Lincoln" branch, which is in Holyoke, MA. Records from Bank of America show that ANGEL MEDINA accessed

40

the BOA Box ten times between May 7, 2012 and July 20, 2012. Three of those ten times MEDINA was accompanied by Maria Hernandez. Hernandez also accessed the BOA Box on two additional occasions by herself.

113.   MEDINA would often access the BOA Box around the same time that cash was deposited into the bank accounts listed earlier. On May 4, 2012 a package from "Sandra Class" 2800 Palm Bay Rd, Palm Bay, FL was sent via U.S. Postal Service express mail to Jose Class, 179 Oak St., Holyoke, MA. On May 7, 2012 at approximately 10:16 am $2,500 in cash is deposited into Edwin Morales' Bank of America account no. 898034509365 at the Holyoke Lincoln branch. That same day, MEDINA and Maria Hernandez opened the BOA Box at the Holyoke Lincoln branch. Safe deposit box entry records show that MEDINA and Hernandez accessed the BOA Box at 2:16 pm.

114.   The following day, May 8, 2012, $2,000 in cash is deposited into Edwin Morales' Bank of America account no. 898034509365 at the Holyoke Lincoln branch. That same day ANGEL MEDINA accessed the BOA Box.

115.   On May 17, 2012 two packages are mailed from Palm Bay to Holyoke. The first is from "Luis Class" 1245 Palm Bay Rd., Palm Bay, FL to Jose Class 179 Oak St., Holyoke, MA. The second package is from "Lisandra Rivera" 2800 Palm Bay Rd., Palm Bay, FL to Elias Rivera 27 View St., Holyoke, MA. That same day ANGEL MEDINA accesses the BOA Box. Four days later, on May 21, 2012 surveillance video from TD Bank's Willimansett branch shows MEDINA depositing $5,575 in cash into Rafael Rivera's TD Bank account no. 4257850804.

116.   On June 14, 2012 DEA agents in Palm Bay, Florida conduct a surveillance of Rafael Rivera and Edwin Morales. Morales is followed to a post office at approximately 4:37 pm. Surveillance video from the post office showed Morales mailing a package. Postal Inspector Richard Tracy

41

determined that at that same approximate time the Palm Bay Post Office received a package from "Sandra Rivera" 2800 Palm Bay Road, Palm Bay, Florida to be mailed to Elias Rivera, 27 View Street, Holyoke, Massachusetts. This package was intercepted at the Springfield, MA post office by Postal Inspector Tracy. On June 15, 2012, Postal Inspector Tracy conducted a controlled delivery of the package. Postal Inspector Tracy identified ANGEL MEDINA picking up the package. That same day ANGEL MEDINA deposited \$5,000 cash into Rafael Rivera's TD Bank account no. 4257850804, plus \$2,500 cash into Edwin Morales' Bank of America account no. 89802491618 and \$2,850 cash into Edwin Morales' Bank of America bank account no. 898034509365. Four days later, June 19, 2012 MEDINA accesses the BOA Box.

117.   On July 5, 2012 Rafael Rivera deposits \$4,000 in cash into Edwin Morales' Bank of America account no. 898034509365 at the Holyoke Lincoln branch. The following day, July 6, 2012 MEDINA and Hernandez access the BOA Box.

118.   On July 17, 2012 a package from "Sandra Gonzalez" 2800 Palm Bay Rd., Palm Bay, FL is mailed to Luis Gonzalez at 185 Beech St., Apt. 3L, Holyoke, MA. That same day MEDINA accesses the BOA Box. Two days later, July 19, 2012, surveillance video from Bank of America's Holyoke Lincoln branch shows that ANGEL MEDINA deposited \$4,500 in cash into Luz Morales' Bank of America account no. 898036010357. At the same time, surveillance video shows that Luis Gonzalez makes a \$4,500 cash deposit into Edwin Morales' Bank of America account no. 898024981618 at a different teller. Approximately an hour and a half later surveillance video from TD Bank's Willimansett branch shows that MEDINA makes a \$550 deposit into Rafael Rivera's TD Bank account no. 4257850804. The following day, July 20, 2012, MEDINA accesses the BOA Box again.

119.    Based on the above, Special Agent Howe believes that ANGEL MEDINA uses the BOA Box to

store controlled substances, the proceeds of the sale of controlled substances, documents relating

to the transportation of controlled substances and the proceeds of their distribution, and documents

relating to the ownership or use of the safe deposit box.

Robert J. Alberti
DEA Task Force Agent

Sworn to before me on April 10, 2013, in Boston, MA.

Marianne B. Bowler, USMJ
United States Magistrate Judge

43